|     | THE HONORABLE ROBERT S. LASNIK |
| --- | --- |

U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| JEFFREY ESFELD, | |
| --- | --- |
| Plaintiff, | NO. 2:17-cv-01923-RSL |
| vs. | **STIPULATION AND ORDER EXTENDING DISCOVERY DEADLINES PENDING MEDIATION** |
| WORKHORSE GROUP INC., a Nevada corporation, | |
| Defendant. | |

WHEREAS Plaintiff Jeffrey Esfeld filed this action on November 9, 2017 in King County Superior Court and Defendant Workhorse Group Inc. removed the action to this Court on December 27, 2017;

WHEREAS the parties engaged in substantial written discovery in spring 2018;

WHEREAS the parties have exchanged several settlement offers during June and July 2018;

WHEREAS, as a result of settlement discussions, the parties have agreed to attempt to resolve this case at mediation in late August 2018 with mediator Tom McLane and are in the process of scheduling such mediation;

WHEREAS the parties agree that in the interests of efficiency and in order to preserve resources and limit fees and costs incurred, further discovery should be stayed pending mediation;

STIPULATION AND ORDER EXTENDING DISCOVERY
DEADLINES PENDING MEDIATION - 1
Case No. 2:17-cv-01923-RSL

**Terrell Marshall Law Group PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

NOW, THEREFORE, by and through their respective counsel of record, the parties hereby stipulate and agree, subject to an Order from the Court, that the deadlines for completion of discovery and related case deadlines shall be continued for approximately 60 days while the parties attempt to resolve this case at mediation. The parties do not request a modification of the trial date or any deadlines other than those specified below at this time.

## I. STIPULATION

The parties agree to the following amended case deadlines:

| CASE EVENTS | NEW DATE |
| --- | --- |
| Reports from expert witnesses under FRCP 26(a)(2) due | September 10, 2018 |
| Discovery completed by | November 9, 2018 |
| Settlement conference held no later than | November 21, 2018 |
| All dispositive motions filed by | December 7, 2018 |

RESPECTFULLY SUBMITTED AND DATED this 30th day of August, 2018.

TERRELL MARSHALL LAW
GROUP PLLC

By: /s/ Beth E. Terrell, WSBA #26759
    Beth E. Terrell, WSBA #26759
    Email: bterrell@terrellmarshall.com
    Toby J. Marshall, WSBA #32726
    Email: tmarshall@terrellmarshall.com
    Elizabeth A. Adams, WSBA #49175
    Email: eadams@terrellmarshall.com
    936 North 34th Street, Suite 300
    Seattle, Washington 98103
    Telephone: (206) 816-6603
    Facsimile: (206) 319-5450

*Attorneys for Plaintiff*

CROTTY & SON LAW FIRM, PLLC

By: /s/ Matthew Z. Crotty, WSBA #39284
    Matthew Z. Crotty, WSBA #39284
    Email: matt@crottyandson.com
    905 West Riverside Avenue, Suite 404
    Spokane, Washington 99201
    Telephone: (509) 850-7011

    Michael B. Love, WSBA #20529
    Email: mike@michaellovelaw.com
    MICHAEL LOVE LAW FIRM, PLLC
    905 West Riverside Avenue, Suite 404
    Spokane, Washington 99201
    Telephone: (509) 212-1668

*Attorneys for Defendant*

STIPULATION AND ORDER EXTENDING DISCOVERY
DEADLINES PENDING MEDIATION - 2
Case No. 2:17-cv-01923-RSL

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

## II. ORDER

The case schedule deadlines are amended as follows:

| CASE EVENTS | NEW DATE |
|---|---|
| Reports from expert witnesses under FRCP 26(a)(2) due | September 10, 2018 |
| Discovery completed by | November 9, 2018 |
| Settlement conference held no later than | November 21, 2018 |
| All dispositive motions filed by | December 7, 2018 |

IT IS SO ORDERED.

Dated this 30th day of August, 2018.

*MWS Lasnik*
Robert S. Lasnik
United States District Judge

STIPULATION AND ORDER EXTENDING DISCOVERY
DEADLINES PENDING MEDIATION - 3
Case No. 2:17-cv-01923-RSL

**Terrell Marshall Law Group PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com