THE HONORABLE ROBERT S. LASNIK

U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

JEFFREY ESFELD,

    Plaintiff,

vs.

WORKHORSE GROUP, INC., a Nevada corporation,

    Defendant.

NO. 2:17-cv-01923-RSL

**JUDGMENT IN A CIVIL CASE PURSUANT TO RULE 68 OFFER OF JUDGMENT**

    Pursuant to the terms of Defendant's Rule 68 Offer of Judgment and Plaintiff's Acceptance of Defendant's Offer of Judgment, judgment is hereby entered against Defendant and in favor of Plaintiff on each and every of Plaintiff's claims, including all of those asserted or which could have been asserted in the operative complaint, for $87,000 in damages and $32,245.02 in attorneys' fees and costs.

    Defendant shall have 14 days from entry of this judgment to pay these sums without incurring any post-judgment interest.

    IT IS SO ORDERED.

Dated this 25th day of September, 2018.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

JUDGMENT IN A CIVIL CASE PURSUANT TO RULE 68
OFFER OF JUDGMENT - 1
CASE NO. 2:17-cv-01923-RSL

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com